IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:19-CR-00025 (WLS-TQL) |
| | : |
| QUINTON JARED SIMMONS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On Wednesday, October 27, 2021, the Court held a conference on Defendant Simmons' *pro se* motion and letter (Docs. 102 & 103). Present at the conference were Simmons, his counsel, and the Government's counsel. Simmons announced that the issues raised in his motion and letter had been resolved and that, as of now, he wished to move forward with the Change of Plea Hearing set for November 2, 2021 at 2:00pm. Thus, the pending motion (Doc. 103) is **DENIED WITHOUT PREJUDICE**.

Furthermore, defense counsel stated that he and Simmons had recently received new evidence and that they would let the Court know by **Friday, October 29, 2021** whether they wanted to cancel or reschedule the Change of Plea Hearing. The Court hereby clarifies that any motion for the same **SHALL** be filed by the same date.

**SO ORDERED**, this 28th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1