# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:19-CR-00025 (WLS-TQL) |
| : | |
| QUINTON JAROD SIMMONS, : | |
| : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Before the Court is Defendant's "Motion to Vacate Change of Plea Hearing and Request for Trial," filed on October 29, 2021. (Doc. 106.) Therein, Defendant asks that the Court vacate the change of plea hearing scheduled for Tuesday, November 2, 2021 and set this case for a jury trial on the "next available trial calendar." *Id.*

For the reasons stated therein, Defendant's Motion to Vacate Change of Plea Hearing (Doc. 106) is **GRANTED**, and the Change of Plea hearing is **CANCELLED**. However, this case was previously continued to the November 2021 trial term. (Doc. 98.) The Government has asked the Court via email that the trial not be set before February 2022, but no motion to continue the trial has been filed for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). Accordingly, all counsel are **ORDERED** to confer regarding their earliest availability for trial and file an appropriate motion **no later than Thursday, November 4, 2021**.

**SO ORDERED**, this 1st day of November 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1