IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 7:19-CR-00025 (WLS-TQL) |
| QUINTON JAROD SIMMONS, | : |
| Defendant. | : |

**ORDER**

Before the Court is the Government's "Unopposed Motion for Continuance and Extension of the Speedy Trial Act Deadline," filed on November 4, 2021. (Doc. 109.) Therein, the Government states that it first learned of Defendant's intention to vacate the change of plea hearing and proceed to trial on October 27, 2021, and that additional time is needed before the trial term beginning on November 8, 2021 to subpoena witnesses and prepare pretrial materials. The Government further states that the Parties have conferred, and Defendant does not oppose the motion to continue.

Based on the above-stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the unopposed motion to continue (Doc. 109) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 9th day of November 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**