IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:19-CR-00025 (WLS-TQL) |
| | : |
| QUINTON JAROD SIMMONS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

The Court held a pretrial conference in this case on Tuesday, January 18, 2022. (*See* Doc. 127.) The Court issues this Order to memorialize the instructions given at the conference.

The Government began by stating that it filed a Notice for Reciprocal Discovery in September 2020 (Doc. 62), and it did not believe it had received discovery from the defense. Defense counsel stated that he believed that discovery had been provided, but he would verify. The Court then **ORDERED** that Defendant either provide the missing discovery or file a statement that there is no additional discovery to provide **no later than Friday, January 28, 2022**.

The Government then stated that it expected its case to take two to two-and-a-half days, excluding jury selection, and the Defendant expected to take an additional two to two-and-a-half days. The Parties also agreed that the Court need not take any action at this time on the Government's Notice of Intent to Produce 404(b) Evidence (Doc. 35), but that the Court should address this evidence based on the record at trial. Counsel and witnesses shall

1

make no mention or reference to such evidence in the presence of the jury until after notice to the Court and opposing counsel and prior ruling and approval of the Court.

The Court also explained that the trial would follow its compressed schedule in which the trial occurs from 8:00am to 2:00pm each day except for jury selection day and after the evidence closes.

**SO ORDERED**, this 19th day of January 2022.

                                                         /s/ W. Louis Sands
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**