IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:19-CR-00025 (WLS-TQL) |
| QUINTON JAROD SIMMONS, | : |
| | : |
| Defendant. | : |

**ORDER**

Defendant has filed an Objection raising legal arguments to the Draft Presentence Investigation Report. (Doc. 145.) Furthermore, transcripts of the jury trial in this case have been filed on the record.

Thus, the Government shall file a response to the Objection **no later than Tuesday, May 24, 2022**.

**SO ORDERED**, this 18th day of May 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1