## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,    :
    :
v.    :
    :    Case No.: 7:19-CR-00025 (WLS-TQL)
    :
QUINTON JAROD SIMMONS,    :
    :
    :
    Defendant.    :
    :

## ORDER

A sentencing hearing was held in this case on June 2, 2022. After the sentence was announced, defense counsel stated that he had made an oral motion for judgment of acquittal pursuant to Rule 29 made after the Government closed its evidence and again after the defense closed its evidence, and counsel inquired whether the Court would rule on the motion because he believed the Court stated that it would reserve ruling on the motion. The Court stated that it believed that motion was resolved but would confirm and enter an order as appropriate for the record.

The Court has reviewed the trial transcript filed on the record in this case which reflects that at the conclusion of the Defendant's evidence, defense counsel renewed his oral motion under Rule 29, and the Court stated as follows: "The Court believes there is ample evidence on the record if believed by the jury that the defendant might be found guilty beyond a reasonable doubt as to each count, Counts One, Two, and Three, and therefore denies the motion." (Doc. 150 at 93:7-11.) Thus, Defendant's Rule 29 motion for judgment of acquittal was denied.

**SO ORDERED**, this 6th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**